

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:  01-13-00377-CV

Trial Court Cause
Number:  2007-75702

Style:  Jameson  Thottam

 **v** Elizabeth Joseph

Date motion filed*:  May 15, 2013

Type of motion:  First Amended Appellant's Motion to Extend Time to File Notice of Appeal

Party filing motion:  Appellant

Document to be filed:  Notice of Appeal

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:
    Original due date:  April 15, 2013
    Number of previous extensions granted:  1
    Date Requested:

Ordered that motion is:

  ☐ Granted

      If document is to be filed, document due: _____

      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐ The Court will not grant additional motions to extend time.

  ☐ Denied

  ☒ Dismissed (*e.g.*, want of jurisdiction, moot)

  ☒ Other: Appellant's motion to extend time to file notice of appeal was granted, extending the deadline to file the notice of appeal to April 30, 2013.  Therefore, this amended motion is dismissed as moot.

Judge's signature: /s/ Jim Sharp, Jr.
      ☒ Acting individually  ☐ Acting for the Court

Panel consists of _____

Date: June 5, 2013